**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| RICHARD MALDONADO, et al. * | |
| * | |
| Plaintiffs * | |
| * | |
| v. * | **Civil No. 04-1808(SEC)** |
| * | |
| VALSYN, S.A., et al. * | |
| * | |
| Defendants * | |
| ************************************ | |

**ORDER**

In the last Status Conference the Court ordered Valsyn, S.A. to inform the Court within the next five (5) days how it would present Mr. Cikurel's testimony in order for the record to be complete and the Court to be able to issue a ruling on its motion to dismiss for lack of personal jurisdiction. The Court also granted Plaintiffs' discovery requests pertaining to any music publishing agreements and contracts prepared for the sale of the copyrights at issue. Once Mr. Cikurel's deposition is taken and the above-referenced discovery is furnished by Defendants, the Court stated that it would allow the parties to supplement the motion to dismiss for lack of personal jurisdiction, and opposition thereto. Accordingly, the Court hereby sets the following deadlines for the above-referenced matters:

1. Valsyn will inform the Court by **July 19, 2006** how and when it intends to make Mr. Cikurel available for deposition.

2. Mr. Cikurel's testimony (or deposition) must be taken no later than **August 21, 2006.**

3. The pending jurisdictional discovery (i.e. any music publishing agreements and contracts for the sale of the copyrights at issue) must be furnished to Plaintiffs by **August 21, 2006.**

4. Valsyn's supplement to its motion to dismiss for lack of personal jurisdiction is due by **September 1, 2006** and Plaintiffs' supplement to their opposition is due by **September 8, 2006.**

**Civil No. 04-1808(SEC)**                                                                                                       2
_____

      The Court notes that this case has already been pending for almost two (2) years and that it has been extremely lenient in accommodating both of the parties' needs prior to ruling on the issue of jurisdiction. As such, the parties are forewarned that these deadlines are final and that no requests for extensions of time will be considered by the Court. As soon as both sides have had an opportunity to supplement its previous filings, the Court will issue a ruling on the issue of Valsyn's jurisdiction. Thereafter, the Court will issue a Case Management Order with the deadlines for the remainder of the proceedings in this case.

      **SO ORDERED.**

      In San Juan, Puerto Rico, this 14th day of July, 2006.

                                             S/ Salvador E. Casellas
                                             SALVADOR E. CASELLAS
                                             U.S. Senior District Judge